The next case today is Honorable Pedro Pierluisi et al. versus Financial Oversight and Management Board of Puerto Rico Appeal number 21-1071 Attorney Sushant, please introduce yourself for the record and proceed with your argument Good afternoon, Bill Sushant from O'Melveny & Myers for Governor Pierluisi and AFAP, the appellants. With the court's permission  You may Thank you, Your Honor. May it please the court, this is the case of Nevermind The Oversight Board has repeatedly staked out positions to invalidate duly enacted laws of Puerto Rico But when those positions have been demonstrated to lack merit, the board has simply said Nevermind and shifted to a new position And that's most evident in how the board has handled this appeal. In the court below, the board advocated for arbitrary and capricious Review of its determinations to strike down legislation. The Title III court adopted that standard But when it became evident in this appeal that the board's decisions could not survive any meaningful arbitrary and capricious review, the board said Nevermind The board now says that it sought, and the Title III court adopted, Arbitrary and capricious review standards that are untethered from anything any court has ever adopted And the board has never explained to this court or any other court what this arbitrary and capricious test it posits would require And the board has muddied the waters further by arguing that somehow Ultra-virus review could apply. This is something the board has acknowledged it never argued below Counselor, excuse me, Judge Swain, she explained in the Act 29 decision I mean, she explained what she understood arbitrary and capricious means. It means It means rational, it means based on substantial evidence Nobody appealed that decision. So why do we have to Speculate about what arbitrary and capricious means? Why do we even have to consider Given the fact that she told us what it means and nobody appealed that decision. Why should we even consider Departing from the way in which she approached the issue? Well, in fact she did tell us your honor and she told us with reference to Trafalgar Capital Association Inc versus Cuomo, which is an APA case Now the issue here with the board's determinations is not that they fail the APA That's a red herring. The board's position that just because principles are announced in APA cases The board doesn't need to comply with them doesn't hold water The board hasn't cited any case under any version of arbitrary and capricious review where a court has upheld a Determination by a government entity where the entity didn't articulate a comprehensible standard by which it was making its decisions Where the entity didn't contemporaneously provide a reasonable explanation for its actions based on substantial evidence Where the entity didn't defend its decisions based on the reasons it gave when it made them rather than hindsight rationalizations They haven't cited a case where the entity failed to consider an important aspect of the problem yet survived arbitrary and capricious Review, these are not procedural Standards under the APA as the board would have this court believe Procedural standards under the APA are things like the requirement for notice and an opportunity to comment on rules Those are procedures but the circuit courts have held that the types of Failures that the board has engaged in here are substantive issues that go to the fairness of the decision-making process Counseling in these in the case before us. It's pretty clear Judge Swain in her decision considered evidence brought forth by the board In defense of the positions it took with respect to the legislation under consideration that was developed during the course of litigation The The evidence cited was not I guess in your term sort of contemporaneous with the decision that the board had made Is it your position that that was an error of law on her part that she should not have considered? Evidence developed during the course of litigation and deciding that the board had not acted in an arbitrary and capricious manner That is our position your honor because the declarations that the board supplied Especially the Ellis declaration Was intended to prop up positions that the board had taken when it was Arguing with the government over whether for example Act 82 Was an appropriate act which is the one for regulating pharmacy benefit management the government never had the opportunity to understand the evidence that the board was While the court decided that for example act 82 Was was an inappropriate act because there was the possibility that it could increase expenses to Puerto Rico's citizens through the regulation of pharmacy benefit managers the statute itself said that the legislature had undertaken a study and That it had found that pharmacy benefit management Regulation was would reduce costs and that this was based on the experience of other states that had similar regulations That's in the appendix at page 257 So this can sit and this is not something That's just a procedural requirement her honor If we look at Department of Homeland Security versus regents of the University of California the court said that prohibiting hindsight rationalizations quote promotes agency accountability and ensures that the parties and the public can respond fully and in a timely manner to an agency's exercise of authority and This is important because it instills confidence that the reasons given are not simply convenient litigating positions Here we're talking about important issues that go to the health and welfare of the people of Puerto Rico and laws that were passed by Puerto Rico's Involved some kind of runaway spending or fiscally irresponsible handouts two of the laws on their face require no additional expenditure and that's act 138 which concerns the admission of doctors into managed care organizations Which is designed to provide for better health care for the people of Puerto Rico and would cost the government nothing It also goes to act 176 which concerned Vacation accrual for government employees where the government because of the regulations that would remain in place capping vacation and sick days and The vacation planning requirements that would ensure that all government services were provided Even if the government would get all the services that it had budgeted for and that it had intended to pay for Again, not a dime required from the government in addition to what it had already budgeted minutes council Does that even pass a straight-faced test on that? 176 because it seems to me like if you're gonna offer maybe I'm misunderstanding what that law was, but it sounded like you're offering additional vacation and additional Sick days, it's gonna they're going to accrue more quickly. Am I misreading that? Your honor, I don't believe you're misreading the statute, but I believe that you may be misunderstanding the effect There's a cap on the number of vacation days Any employee can accrue and they can only cash out up to that number of vacation and sick days or vacation days Sick days are a different thing So there's no additional expense there in addition to that, I mean businessman look at this and say or woman and say I'm going to give my employee an additional annual leave or additional the sick time Then that has a cost to me. That is a cost of that benefit and isn't it incumbent upon? the government to provide the board with some kind of data in support of what that kind of cost would be isn't that what they're talking about when they ask for that formal budget because seems to me like the Government was just like not interested in Engaging at all with the board on that. Maybe I'm misunderstanding. I know I'm late to the party But what am I missing there? No, your honor the in fact It was the board that would not engage with the government on that issue This is where the vacation planning requirement comes in There's a statute that requires Government agencies and government employees To plan vacations in a way that will ensure the uninterrupted provision of government services So if you think about the idea that the government is paying a budgeted amount of dollars for a fixed amount of services Neither of those things would change by virtue of Act 176 Only if an employee could somehow manage to be more efficient with the employee be able to enjoy the additional vacation or sick day But it was a fixed amount of goods for a fixed cost and nothing about Act 176 changes that for counsel, even if the even if the board In your view was wrong in Assessing the significance These changes in policy even if they may have overstated the fiscal significance Why would that kind of mistaken judgment be arbitrary and capricious that just sounds like Again, a kind of misjudgment That does not rise to the standard of arbitrary and capricious So what why does it? Why does it matter so much that they may have? Overstated in terms of the applicable review that they may have overstated the significance of Act 176 Well, the question your honor is not one of overstating the significance of Act 176 the problem and this pervades all four statutes Is that the board has never described the standards it is using when it makes its determination as to whether a statute is significantly inconsistent with the fiscal plan or whether an estimate is insufficiently formal The government simply doesn't know what standard it needs to satisfy such that the board will say Okay, that law that certificate that estimate is okay, and what one sees through the correspondence is an evolution of The board asking for more and more information and more and more detail until it reaches a point where the government can Or doesn't feel it needs to provide the information and then the board says aha Now we can strike down this statute That's a fundamental problem in order to prevent arbitrary and capricious conduct We need to know what the standards are that we need to aim for so that we can satisfy them Standards is that it should not come in later than seven business days And I don't I think there was one law that it that met that deadline. That's a pretty clear clear line There was one that came in four months late. It just gives you the impression that It's a law that the government doesn't like and that they're chafing under and that they're not interested in really You know do following and what are we supposed to do? It's the law Your honor that it is not the case that it is something that the government has chafed under there were Issues under a prior administration with compliance with the seven-day deadline And then governor Vasquez governor Pierluisi's predecessor adopted an executive order that created a policy compliance and and that that executive order Then has enhanced compliance There have not been compliance issues since and this occurred during the time when the government was still catching up from the prior issues Thank you, thank you Of course, thank you County said something. I just wanted to make sure I understand what you were saying. I think I think this was in the Perhaps the context  the context of litigation The government offered additional justification, excuse me, the board offered additional justification For why it found the law Incompatible with the fiscal plan and that your client never had an adequate opportunity to challenge that additional information are you saying that In the context of the summary judgment proceedings in court You were never given an opportunity in the court proceedings to challenge the additional justification of the government brought forth Well, your honor. In fact, we did notice the deposition of the declarant. Dr. Ellis We didn't get to take that deposition before summary judgment was decided We did make an application to the court to delay summary judgment so that we could complete that discovery That was denied and that's also subject of this appeal your honor Okay, so so you're so you're in your view There was something unfair about the way in which the summary judgment proceedings were carried out was was that your point? Well that that is a correct observation, but my point was slightly different Which is that the board didn't have before it. Dr. Ellis's Declaration testimony expert opinion or anything when it made its decision So it made its decision For all we know based on licking its finger and seeing which way the wind blew It was only after litigation commenced that the board bothered to try to find someone who would support its decision And in fact with respect to one of the laws the declaration didn't even come in Until after mr Esco gave her declaration saying that the board's conclusions were consistent with dr. Ellis's declaration So somehow she knew what that declaration was going to say and knew it was going to support what the board had decided even though it hadn't even come out yet in the course of litigation and that's just fundamentally unfair for a government entity to be able to make its decisions based on its Fiat and Then later find people to support it because of course, we know you can find an expert to say anything Thank you, thank you your Attorney Sushant Please mute your audio and video attorney Martinez, please. Unmute your audio and video and proceed with your argument Yes, good morning. Again, if it pleases the court I Present the House of Representatives, which has the same Legitimate complaint that the governor has in that under the current system in which the article 3 court has addressed the challenges under Section 108 we have no standards as to how we should legislate in a way that would pass muster and we also do not believe that the court can apply Arbitrary and capricious standards under the APA which is an inapplicable here or under Chevron Which is both are inapplicable here because the board is not a federal entity and both of those doctrines are federal doctrines Within federal administrative law as a matter of fact the board escaped the rigors of the appointments clause in the in the Aurelius case because he was held that he was an entity of the territory and right now even under Chevron Deference is given to an agency's exercise of regulatory power to clarify gray areas within the law And if we had a regulation enacted by the board and the board does have regulation making authority Saying in order to for a lot to comply with the purposes of promise it has to comply with ABCD Then the days later would have a road map on how to legislate right now It's a place legion is enacted and it goes for signature to the governor And then it goes up with our prayers that it will not be challenged by the board, but we have no mechanism, no Nothing to fall back on to make sure that we are indeed if the board is going to be the arbiter of what is Against the purposes of promise I will what legislation complies with the purposes of promise and we believe that if the board has not enacted regulation it's doing this on a case-by-case basis with post hoc explanations as Council for the governor just stated They say that the law is contrary to promise and then they explain why they believe so and That there are no objective standards It's whatever the board comes up with at that moment after it has chosen to challenge a statute in court We believe that what needs the board adopted regs in any arena or not at all. I Believe that the board has enacted Internal regulations But I don't know of any regulations and the board has never cited any regulations in support of his section 108 determinations, it's just something that it does on a case-by-case basis on a statute by statute basis on Standards that no one knows but the board and I believe that within the status Described by the executive defend appellants There have been statute similar to those that were challenged in this case that were not challenged So it's a moving target and there is no objective Standard that us the legislators can employ and we counsel Yeah, and we believe that given the fact that promise that does this extraordinary thing of taking power away from the Government elected by the people it should be construed Restrictively no broadly and the board is pushing for the broadest possible construction with that I'd like to thank the court for letting us be heard as amicus Thank You counsel Attorney Martinez, please mute your audio and video attorney Harris, please. Unmute your audio and video and proceed with your argument Thank you very much, may it please the court My name is Mark Harris and I represent the Financial Oversight and Management Board for Puerto Rico When Congress passed promisa, it created two different mechanisms for the Oversight Board to review legislation that the Commonwealth proposed or enacted first under section 204 of promisa Anytime the Commonwealth passes a law it must submit a formal estimate of the impact that the law will have on expenditures and revenues As well as a certification as to whether the law is significantly inconsistent with the fiscal plan then in effect The board reviews that estimate and if it is lacking the board can direct the Commonwealth to supply additional information or to revise it second under section 108 a to the board has the power to review any law or rule proposed by the Commonwealth and to determine whether it impairs or defeats any purpose of promisa as determined by the board The four laws here at issue blatantly violated those provisions the first and second which are health care laws Violated section 204 because the formal estimates were in the in the words of the title three court below not even facially compliant I'm sure the court has seen in the appendix copies of those estimates. They're literally one-liners barely fill half of the page and When the board directed the Commonwealth to supplement the information and to answer some questions about how the laws would work in practice The Commonwealth stonewalled and then it sued The third and fourth laws violated section 108 because the board determined that they violated revenue neutrality and fiscal responsibility Which are basic principles and policies and goals of promisa These determinations were well within the board's power to make and Even if the court concludes that the correct standard is to review the reasonableness of those requirements of those determinations They were certainly reasonable The board does not need to satisfy the APA because it is not a federal agency as both the APA and promisa itself provides Accordingly, the court should affirm the decision in its entirety Let me go through each of the Frankly was somewhat puzzled and troubled by the Your briefing in this case because you seem to start out By personally arguing that the determinations of the board you quote language in the statute are unreviewable plainly unreviewable Then you you bring up this ultra virus Possibility Which doesn't really amount to much at all in the way of a meaningful review And then only somewhat grudgingly get to the arbitrary and capricious standard when in fact That is the standard that the judge Swain adopted in an earlier proceeding and there was no challenge to that So I I don't understand Why there is this sort of grudging acceptance of arbitrary and capricious review? When that's that seemed to be in judge Swain's mind the governing standard when she approached this proceeding What I don't understand your I don't understand you were a pallet position on the appropriate standard of review Well judge Lopez, let me let me try to explain To begin with there is no provision in promesa that Spells out how judicial review would work of 204 or 108 determinations It's simply not there and we also know that the APA doesn't apply So we're working to show review isn't prohibited. And so we've got to review it somehow Agreed your honor. So the question really is what's the standard when it doesn't state? But the standard is so to make our position here clear our position is that the court can affirm on the standard that judge Swain used which is Effectively a reasonableness review which she called arbitrary and capricious review. We believe that all for our Determinations here the board's decisions in each of these or the board's actions here can all be affirmed on that standard However, this is the first case where we've been before this court And we're asked to basically explain what the position was as far as what the standard should be We believe that you know looked at from first principles. The standards should be ultra vires given As I said the absence of any provision that actually provides for what the standard would be and other general background principles But we agree that this that the case should be affirmed the decision below should be affirmed on The standard that judge Swain applied So if and if that's arbitrary and capricious, I understand your argument that the APA does not formally apply, but why can't The extensive law that's been developed under the APA inform  Understanding of what arbitrary and capricious review should mean what like what it's all analogy I understand that but why can't we look to that body of law to give more content to what arbitrary and capricious review mean What's wrong with doing that? Well, let me let me set aside labels for a minute because I think that's helpful There are a lot of labels floating around the bottom line here Is that the board was given the power by Congress in 204 and 108? to review legislation and make sure that it is Consistent with promisa and consistent with the fiscal plans and there are plenty of indications in the statute as well as in what? mainly in the statute That board needs to have substantial discretion in deciding whether or not Laws that the Commonwealth proposes are consistent for example section 204 requires a certain dialogue between the Commonwealth and the And the board the purpose of that is when the Commonwealth passes a law The Commonwealth knows more about that law presumably they passed it. They had reasons to pass it The board asked the Commonwealth through the 204 process Please give us a financial analysis of how it's going to affect the Commonwealth's ability to comply with the fiscal plan I was a little bit amused when I heard from Mr. Shushan that he believed that the Board acted somehow in a preemptorily or that we cut off a dialogue. It's the exact opposite. They sued We asked over and over and over for further information on section 138 on Act 82 Nothing was forthcoming nothing they stonewalled The only information we have is the fiscal estimate which says in what the act in the example of 138 One line at 138 has no impact on expenditures or revenues on Act 82 They gave us a number apparently plucked from the air, which was an estimate but seemed to have you know dollars and cents They were not interested in having as I think Judge Torres and alluded to They were not interested in having this dialogue the purpose here is the board has to make a decision as To whether or not the board's responsible to determine whether or not there is compliance with the fiscal plan and whether the Commonwealth's actions Are going to put it back in the same soup that existed for many many many years to get back to your question Judge Lopez all of that requires a substantial amount of discretion to be given to the board to figure out what the impact will be of Current legislation existing legislation pension structures everything involved in supervising a very very complex economy those requirements would militate in favor of Substantial deference being given to the oversight board deference of the form that Judge Swain applied which is reasonableness review There is no requirement nor should there be any requirement that the board needs to articulate at the time That it makes a determination Precise reasons, which it then can't supplement later. Well, why not? Why not? I mean that is a fairly well-established Principle under the APA that And again understanding that the APA doesn't formally comply that but as a way of imposing thoughtful Rational decision-making by a board that when they make the decision they have to make it on the basis of information That's before them then they can't post hoc offer offer rationale for it. That's not the way it's supposed to work Why shouldn't we adopt that? Standard here. Well, let me give a few answers just the past First of all, I think a lot should be read into the fact that Congress specifically exempted the board from these requirements It's not just that it's in that the APA doesn't apply on its own The APA was passed some time ago in PROMESA itself. PROMESA said this is not a federal agency. So Congress clearly didn't want This board to be governed by those rules. That's number one The second reason is that part of the reason there was let's just say as mr Tucson said there was a moving target is that we were trying to get information from from them The reason there's no final set of reasons here. Is that they cut off the process of dialogue? They sued us There was an attempt over and over and over by the board to get information to tell us for some of these laws Well, how many people would be affected? What would be the impact on their taxes? Give us a significant a real financial analysis the type of an actuarial actuarially competent analysis that what would use if one were running a business or we're running a Commonwealth involving three million people so That's part of the reason that there there weren't final reasons that were given here The third thing I would say although I again, I don't want to get into the trap of Trying needing to feel like we have to justify What the reasons were at the time because I don't think that's our requirement Most of the reasons that the board gave later actually were contained in the letters Judge Swain went through a very in a very detailed fashion in the first half of her decision all of the back-and-forth between the board and the governor and Minutes council. Thank you. Some of the reasons that the board gave for why it was Why it ultimately found that what it was receiving from the from the government was not sufficient. For example, as I mentioned those two one-line analyses one in 138 and 182 They provided no information for the board to make a decision or to assess What the effect would be of these very complicated health care laws on the economy of Puerto Rico? Just really just nothing there. And as I said, you can see in the correspondence that the board Repeatedly asked give us a real analysis here analysis here, and there was no decision to do it No willingness to do it in the case of act 47 Looking at at 138 You can you can see how an act like that which simply has to do with the enrollment of physicians Could be viewed as having no fiscal impact And so shouldn't the government at least get some idea from the board as to what their thinking was? Absolutely, and in fact they did your honor if you look at page a 239 of the record This is one of the letters between the oversight board And the governor where the board submitted questions Basically, even though the burden I want to I want to make sure I make a point of this the burdens on the governor to show Not on the on the board to justify their laws to go submit estimates that are formal and to determine that there's no significant inconsistency, but even even despite that the board asked questions and The and the governor said no the governor did not answer those questions. For example The board asked the question Again, you can see this on that page of what would be the impact of this law? concerning the prices that Members would pay would be expected to pay for their health care insurance The the thinking being that if prices went up because in the case of act 138 There was gonna be no ability to have cost controls one effect might be that people would have to pay more money For their health insurance, which would mean there'd be less money to pay for To pay in taxes or alternatively that the government would have to pay more in Medicaid Subsidies. All of this is the type of analysis you'd want to see in a sophisticated Consideration of a law they refused So it's it's just a fiction that the governor had no idea what it was that they needed to do They said no, that's what it comes down to On the other laws at 147 It's really it's it's pretty remarkable at 147. What excuse me 47 was a law which increased the categories were added to the number the categories of Healthcare professionals who would be eligible for tax exemptions audiologists chiropractors and optometrists it's pretty obvious that if you're going to Reduce the tax revenues to the Commonwealth of something like 25 million dollars a year You know as they say 25 million a year here and there it adds up after a while It's there's nothing surprising and there's nothing unusual about the fact that the Commonwealth that the board Thought that that was going to violate revenue neutrality Revenue neutrality is a principle which is spelled out in the fiscal plan. It's not a secret It's not a surprise the governor knew about that In fact the original estimate of 25 million after the board said can you please give us some more information to see? We can understand where that was derived from they came back with potentially even higher numbers somewhere between 500,000 and and 40 million 40 million over five years of 200 million dollars the the the governor asks acts as if there was a complete shock that this was Logged as being problematic by the board. I don't think they were surprised at all. So let me issue this so you're looking at the fiscal impact and sticking with 47 the purpose of 47 was to encourage enrolled but non practicing professionals to resume so presumably That would have maybe a fiscal impact But it would also have an impact on the health care of the residents of Puerto Rico. How do you? How do you view that in? Context With the with the government's need to balance the needs of its people and also this new revenue neutrality Well act 47, I believe Again that's the one that basically said that certain categories of health care providers were going to have certain tax breaks the ones who weren't practicing trying to trying to Attract people who aren't practicing back into the health care provision presumably because there was a there were so many professionals leaving the island after the hurricane that they needed to get people out of Retirement to provide for the health care of the population You're right. Your honor. These are very difficult counsel Please these are all very difficult balances of Different priorities and different Goals that are important. The board has to take all these things into account. The bottom line is that section 204 a 5 Ultimately says that the board's job is after the back-and-forth concerning the The formal estimate and any reasonable inconsistencies maybe inconsistency with any legislation is to determine whether or not The Enactment or enforcement I'm reading from section 204 a 5 the enactment or enforcement of the law will not adversely affect the territorial government's compliance with the fiscal plan at the end of the day the board has to The board writes the fiscal plan with input the board has to police compliance with the fiscal plan it's the fiscal plan that is the job of the board to make sure that the Commonwealth stays solvent and the Commonwealth can can get back to financial health There are many considerations that have to get taken to account They do get taken into account what the governor wants to do here is the governor wants some kind of its own veto over the board's reasonable determination that in this case 25 or 40 million dollars a year in lost tax revenues without any kind of corresponding Increase was going to be detrimental to the Commonwealth How do you how do you balance the and that being an investment in health care the wellness of the people The board has to has to has to balance that your honor. That's exactly what the board has to do I think that's part of the reason the difficulty of that decision the multi-factored nature of that decision That's precisely why Congress gave the board an enormous amount of discretion to make these decisions because they They're not susceptible to a simple rule That's why if you look at section 204 and you look at section 108 again and again those provisions say that the board has to make determinations the board has to in its in its In its discretion or the board in its best To its best determination has to decide whether certain things are consistent It talks over and over about the board making those decisions using its wisdom and requiring information from the from the governor But the governor can't do is say we won't provide you information. But then by the way, you're making bad decisions That's self-defeating But any additional questions? Thank you Very much, Your Honor Attorney Harris, please mute your audio and video attorney Susan, please unmute your audio and video and proceed with your rebuttal time Thank you Act 47 is a perfect example of why it's so important that the government have an Understanding of the standards that the board is using in judging laws Act 47 is approximate cost to the government was about 20 million dollars per year whether you take that as the midpoint of the two estimates the government provided later or that the estimate the government provided in the First instance in the context of Puerto Rico's overall budget of 20 billion dollars That's point one two eight five percent it is actually a very small number in the context of the entire budget and yet the board determined that that was significantly Inconsistent with the fiscal plan. We don't know what the board views is significantly inconsistent with the fiscal plan We also don't know what the board views as an insufficiently formal Estimate in fact, the board has accepted estimates that consist of just one line with a dollar number and let those laws go they were just fine, but when it came to Act 82 a one-line estimate of $475,000 was unacceptable when it came to Act 138 a statement that there was no fiscal impact Which is evident from the face of the statute was again insufficient and to answer your question judge Thompson The board has adopted other regulations or procedures for things like for example contract review But it steadfastly has declined to adopt any standards for its review here counsel, excuse me, the Board says they've adopted a principle of revenue neutrality So if I mean that suggests that if there is any Diminution in revenues it violates that principle doesn't really matter the amount Your honor the board. I'm sorry. I didn't mean to cut your honor off. That's fine I mean was that is that wrong this principle revenue neutrality? That's not in play Well, the board has adopted in the fiscal plan a revenue neutrality principle for Tax cuts and only for tax cuts But that your honor frankly is not really consistent with PRO Mesa Which gives the government the latitude to pass laws that are significant that are not significantly inconsistent with the fiscal plan So if something is not revenue neutral in an insignificant way It should be able to pass muster in and not be significantly inconsistent with the fiscal plan We still need to know what the standard is. Now. There's one other thing. I want to correct because it's very important My adversary said that section 204 a gives the board the power to review new laws It does not that is a judicial gloss on section 204 a section 204 a Merely empowers the board to ask the government to supply a certification if it's missing Or to provide reasons to explain the inconsistency between a law and the fiscal plan Such that the board finds it acceptable Judge Swain granted the board the power counsel to review new laws under 204 a and Certifications to determine their adequacy that appears nowhere in the statute And that's an important reason why real review of the board decisions needs to happen here Congress could never have intended these decisions to be subject to some sort of de minimis review When Congress didn't even give the board this power explicitly in the first place So, I believe the judgment below should be reversed your honors, thank you any additional questions colleagues Thank you Thank you very much That concludes the arguments for today This session of the Honorable United States Court of Appeals is now recessed until the next session of the court God save the United States of America and this honorable court Counsel you may disconnect from the meeting